UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>HOKU CORPORATION,<br>        Debtor. | Case No. 4:15-cv-475-BLW<br><br>**ORDER OF DISMISSAL** |
| GARY L. RAINSDON, Chapter 7 Trustee,<br>    Plaintiff,<br>        v.<br>DARRYL NAKAMOTO, an individual; JEREMY XIAOMING YIN, an individual; JERROD SHRECK, an individual; SCOTT PAUL, an individual; TAO (MIKE) ZHANG, an individual; DEAN HIRATA, an individual; KARL STAHLKOPF, an individual; YI ZHENG, an individual, WEI XIA, an individual; (ADAM) YI ZHENG, an individual; GAO ZHENGFEI, an individual; JANE AND JOHN DOES 1-5, individuals; and TIANWEI NEW ENERGY HOLDINGS CO., LTD, a People's Republic of China corporation,<br>    Defendants. | |

      Based on a stipulation of the parties filed in bankruptcy court, the bankruptcy court previously entered an Order Dismissing Adversary Proceeding. *See* Dkt. 137 in Case No. 15-8183-JDP. This proceeding, likewise, should be dismissed. Accordingly,

IT IS ORDERED THAT the above-captioned adversary proceeding is

**DISMISSED WITHOUT PREJUDICE**

DATED: November 30, 2017

B. Lynn Winmill
Chief Judge
United States District Court